UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAISAM ALI,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN, Pike County Correctional Center; DAVID O'NEILL, Acting Field Office Director, Philadelphia Field Office Immigration and Customs Enforcement; KRISTI NOEM, Secretary U.S. Department of Homeland Security; PAMELA BONDI, Attorney General, U.S. Department of Justice; Executive Office for Immigration Review,<br><br>                Respondents. | CIVIL ACTION NO. 3:26-CV-00518<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 2nd day of March, 2026, in consideration of the petition of Maisam Ali ("Ali") (Doc. 1), the Court finds the following and **ORDERS**:

1. Ali filed the instant petition on March 2, 2026, requesting that he be released from custody at the Pike County Correctional Center in Lords Valley, Pennsylvania or that Respondents Warden of the Pike County Correctional Center, David O'Neill, Kristi Noem, Pamela Bondi, and the Executive Office for Immigration Review (together "Respondents") provide an immediate bond. (Doc. 1).

2. According to Ali, Respondents are detaining him and denying him a bond hearing pursuant to 8 U.S.C. § 1225(b)(2)(A), which provides that noncitizens who entered the United States without admission or parole are subject to detention. (Doc. 1, at 1-2).

3. Ali avers that because he has been residing in the United States for nearly three years, he can only be detained under § 1226, under which he is entitled to a bond hearing. (Doc. 1, at 4, 6).

4. Courts in the Third Circuit have found that § 1226, not § 1225(b)(2)(A), applies to noncitizens who previously entered the country and have been

residing in the United States for an extended period of time prior to being apprehended and placed in removal proceedings. *See Cantu-Cortes v. O'Neill*, No. 25-CV-6338, 2025 WL 3171639 at 1-2 (E.D. Pa. Nov. 13, 2025); *see also Alexey Kashranov v. J.L. Jamison, et al.*, No. 2:25-CV-05555, 2025 WL 3188399 at 5 (E.D. Pa. Nov. 14, 2025); *see also Del Cid v. Bondi*, No. 3:25-CV-00304, 2025 WL 2985150 at 14-17 (W.D. Pa. Oct. 23, 2025); *see also Bethancourt Soto v. Soto*, No. 25-CV-16200, 2025 WL 2976572 at 4-7 (D.N.J. Oct. 22, 2025).

5. Courts in the Third Circuit have further found that noncitizens detained pursuant to § 1226 are generally entitled to a bond hearing. *See Cantu-Cortes*, 2025 WL 3171639 at 2; *see also Alexey Kashranov*, 2025 WL 3188399 at 8; *see also Del Cid*, 2025 WL 2985150 at 18; *see also Bethancourt Soto*, 2025 WL 2976572 at 9.

6. Ali shall make immediate and proper service of the petition for writ of habeas corpus (Doc. 1) and this Order on Respondents.

7. Respondents shall not transfer Ali without further order of this Court.

8. Respondents shall file a response to Ali's petition on or before **THURSDAY, MARCH 5, 2026**.

9. Ali shall file his traverse on or before **MONDAY, MARCH 9, 2026.** If he does not intend to file a traverse, counsel shall notify the Court as such, by email to **judge_mehalchick@pamd.uscourts.gov** with copy to all counsel of record.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**